**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: NEWARK**  **DATE:** October 22, 2018
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Rhea C. Villanti

**TITLE OF CASE:**  **DOCKET # 18-cv-738**
Javier Espinal, et al
      vs.
Pogoriler, et al

**APPEARANCES**

No Appearance on behalf of Plaintiffs
Jonathan L. Adler, Esq. for Defendants Yan Moshe, Excel Surgery Center, LLC, and Health Plus Surgery Center, LLC.
Anthony M. Rainone, Esq. for Defendants Nazar Nikson and MNBT Corp.

**Nature of Proceedings**:  Motion Hearing Held

Hearing on [58] Motion for Settlement with Pogoriler Defendants and [59] Motion for Settlement Approval between Plaintiffs and Pogoriler Defendants.

Court ordered [58] and [59] Motions to be decided on the papers pursuant to Rule 78.

**Time Commenced:  11:00**
**Time Adjourned: 11:15**
**Total Time:  15 Minutes**

                                                                          Nitza Creegan
                                                                          DEPUTY CLERK