UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
JAVIER ESPINAL, XAVIER ROSARIO, LUIGI
DORTONO, MANUEL DELGADO, SABUHAN
AZIROV, and all others similarly situated,

          Plaintiffs

    v.

LEONID POGORILER, PETER CREUS, ONE OF
KIND TRANSPORTATION, INC., ALL AROUND
MANAGEMENT, INC., ALL POINTS
TRANSPORTATION GROUP, INC., YAN MOSHE,
NAZAR NIKSON, MNBT CORP., EXCEL
SURGERY CENTER, LLC, HEALTH PLUS
SURGERY CENTER, LLC and JOHN DOE
DEFENDANTS 1-10,

          Defendants.
-----------------------------------------------------------------X

Case No. 18-cv-00738

**NOTICE OF MOTION FOR APPROVAL OF FLSA SETTLEMENT**

**ORAL ARGUMENT IS NOT REQUESTED**

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Christopher Marlborough, Esq., dated July 22, 2019 with supporting exhibit, and the accompanying Memorandum of Law dated July 22, 2019, Plaintiffs Javier Espinal, Xavier Rosario, Luigi Dortono, Manuel Delgado, and Sabuhan Azirov ("Plaintiffs") shall move this Court before the Honorable Michael A. Hammer, United States District Judge, at the United States District Court at the Lautenberg U.S. Post Office and Courthouse, Federal Square, Newark New Jersey 07101 at such time and place to be set by the Court, for an Order approving the FLSA settlement agreement between Plaintiffs and Defendants Leonid Pogoriler, One of Kind Transportation, Inc., All Around Management, Inc., All Points Transportation

Group, Inc., Yan Moishe, Nazar Nikson, MNBT Corp., Excel Surgery Center LLC,

and Health Plus Surgery Center, LLC.

Dated:   Melville, New York
         July 22, 2019

                                       **THE MARLBOROUGH LAW FIRM, P.C.**

                                       _____
                                       Christopher Marlborough
                                       445 Broad Hollow Road, Suite 400
                                       Melville, New York 11747
                                       T: (212) 991-8960
                                       F: (212) 991-8952
                                       E: chris@marlboroughlawfirm.com

                                       *Attorneys for Plaintiffs*