**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-------------------------------------------------------X
JAVIER ESPINAL, XAVIER ROSARIO,
LUIGI DORTONO, MANUEL DELGADO,
SABUHAN AZIROV, and all others similarly
situated,

    Plaintiffs

    v.

LEONID POGORILER, PETER CREUS,
ONE OF KIND TRANSPORTATION, INC.,
ALL AROUND MANAGEMENT, INC., ALL
POINTS TRANSPORTATION GROUP,
INC., YAN MOSHE, NAZAR NIKSON,
MNBT CORP., EXCEL SURGERY
CENTER, LLC, HEALTH PLUS SURGERY
CENTER, LLC and JOHN DOE
DEFENDANTS 1-10,

    Defendants.
-------------------------------------------------------X

Case No. 18-cv-00738

[~~PROPOSED~~] ORDER APPROVING FLSA SETTLEMENT AND 60-DAY ORDER OF DISMISSAL

The Court having held a hearing on January 21, 2020 on Plaintiffs' Unopposed Motion for Approval of FLSA Settlement, and having made findings on the record that: 1) the proposed settlement seeks to resolve a bona fide dispute between the parties; 2) the terms of the proposed settlement are fair and reasonable to Plaintiffs; and 3) the compromise does not frustrate the implementation of the Fair Labor Standards Act, hereby **GRANTS** the motion.

**IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that Plaintiffs may **within 60 days**, reopen the action if payment of the Settlement has not been made within 30 days of the date of this **ORDER**.

**IT IS SO ORDERED.**

\_\_1/29\_\_\_\_, 2020

*/s/ Michael A. Hammer*
Michael A. Hammer
UNITED STATES MAGISTRATE JUDGE